Case 16-02088-GLT    Doc 25    Filed 09/29/16    Entered 09/29/16 15:28:12    Desc Main
Document    Page 1 of 2

FILED
9/29/16 3:18 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No.: 15-21253-GLT |
| | : | Chapter 7 |
| Joseph Cellurale, Jr. | : | |
| | : | |
| *Debtor.* | : | |
| | : | |
| Robert H. Slone, Trustee | : | Adv. No.: 16-2088-GLT |
| | : | |
| *Plaintiff,* | : | |
| | : | |
| v. | : | |
| | : | |
| Joseph Cellurale, Jr., | : | |
| Mark D. Sangston and | : | |
| Martha Sangston | : | |
| | : | Date:  9/29/2016 |
| *Defendants.* | : | Time:  10:00 |

## PROCEEDING MEMO

**MATTER:**   #15 - Pre-trial Status Conference

**APPEARANCES**:
    Debtor:    Corey J. Sacca
    Trustee:    Robert H. Slone

**NOTES:**

Slone - Realtor sent to value the property. Both asides agreed upon the choice of realtor. Value between $1,500 and $2,500 per acre. Case involves vacant land deeded to the Debtor's sister and brother-in-law with little consideration. Will proceed based upon the valuation of the property. Very little discovery after the property is valued.

Sacca - Not much communication with the Debtor within the past few months. Spoke with the Debtor yesterday and the Debtor wants to use a different appraiser. Parties do not have a formal agreement regarding the appraiser but the realtor named by the trustee is one of the realtors that Debtor approached. Counsel and client have differing views on how to proceed. Default judgment has already been entered against the Sangstons.

Court - Any expert witnesses expected for insolvency?

Slone - No.

Sacca - No.

Slone - Parties have engaged in some settlement discussions. Counsel is having difficulty with the client.

Sacca - The Sangstons ultimately chose not to employ bankruptcy counsel. The advice given to the Sangstons during the initial consultation is the same advice given to the Debtor by his counsel. The Defendants have not accepted that

advice to date.

Court - Would mediation be useful here?

Slone - Mediation may be beneficial.

Court - Will require the Debtor to attend the final pretrial conference in December.  Mediation would provide a means for a consensual resolution in the meantime.

Sacca - Settlement is the best route for this case to take.  No objection to mediation.

*OUTCOME:*

1. Parties to file a proposed mediation order under certification of counsel within 14 days.  (Text Order to appear).
2. Debtor to personally appear at the final pretrial conference set for December 15, 2016 at 10:00 a.m.  (DB to prepare).

**DATED:** 9/29/16