FILED
9/29/16 4:29 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No. 15-21253-GLT |
| | : | Chapter 7 |
| JOSEPH CELLURALE, JR., | : | |
| | : | |
| Debtor. | : | |
| | : | |
| ROBERT H. SLONE, TRUSTEE, | : | Adv. No. 16-02088-GLT |
| | : | |
| Plaintff, | : | Related to Dkt. No. 15 |
| | : | |
| v. | : | |
| | : | |
| JOSEPH CELLURALE, JR.; | : | |
| MARK D. SANGSTON, AND | : | |
| MARTHA SANGSTON, | : | |
| | : | |
| Defendants. | : | Hearing:  December 15, 2016 at 10:00 a.m. |

## ORDER

This matter is before the Court upon the chapter 7 trustee's *Complaint to Avoid and Recover Fraudulent Conveyances and for Declaratory Relief* [Dkt. No. 1] (the "Complaint") and the subsequent *Answer to Complaint to Avoid and Recover Fraudulent Conveyances and for Declaratory Relief* [Dkt. No. 7] (the "Answer") filed by the Debtor, Joseph Cellurale, Jr.  A pre-trial *Order* was issued on August 19, 2016 [Dkt. No. 22] establishing trial deadlines.  The Court held a pretrial conference in this matter on September 29, 2016.

**AND NOW**, for the reasons stated on the record at the September 29 pretrial conference, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that the Debtor shall

personally appear at the final pretrial conference scheduled on **December 15, 2016** at **10:00 a.m.** in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, Pennsylvania 15219.

Dated: September 29, 2016

                                            GREGORY L. TADDONIO
                                            UNITED STATES BANKRUPTCY JUDGE

<u>Case administrator to mail to:</u>
Joseph Cellurale, Jr.
Corey J. Sacca, Esq.
Robert H. Slone, Esq.
Ronda J. Winnecour, Esq.
Office of the United States Trustee

```
                         United States Bankruptcy Court
                         Western District of Pennsylvania
Slone,
         Plaintiff                                              Adv. Proc. No. 16-02088-GLT
Cellurale, Jr.,
         Defendant
```

## CERTIFICATE OF NOTICE

```
District/off: 0315-2          User: mgut                  Page 1 of 1           Date Rcvd: Sep 29, 2016
                              Form ID: pdf900             Total Noticed: 3
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 01, 2016.
```
dft            +Joseph Cellurale, Jr.,   480 Coolspring St.,   Apt. 111,   Uniontown, PA 15401-4582
               +Ronda J. Winnecour, Esq.,   Ste. 3250 USX Tower,   600 Grant St.,   Pittsburgh, PA 15219-2702
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
ust            +E-mail/Text: ustpregion03.pi.ecf@usdoj.gov Sep 30 2016 01:24:45
                Office of the United States Trustee,   Liberty Center.,   1001 Liberty Avenue, Suite 970,
                Pittsburgh, PA 15222-3721
                                                                                              TOTAL: 1

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 01, 2016                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 29, 2016 at the address(es) listed below:
```
              Corey J. Sacca    on behalf of Defendant Joseph  Cellurale, Jr. csacca@bononilaw.com,
               coreysacca@gmail.com;bankruptcy@bononilaw.com;bononiecfmail@gmail.com
              Joshua I. Goldman    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
              Robert H. Slone    on behalf of Plaintiff Robert H. Slone robertslone223@gmail.com,
               rslone@pulsenet.com;G17689@notify.cincompass.com
              Robert H. Slone, Trustee    on behalf of Plaintiff Robert H. Slone robertslone223@gmail.com,
               rslone@pulsenet.com;pa07@ecfcbis.com
                                                                                             TOTAL: 4
```