# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | |
| | BANKRUPTCY NO. 15-21253-GLT |
| CELLURALE, JOSEPH, JR. | |
| | ADVERSARY NO. 16-02088-GLT |
| DEBTOR(S) | CHAPTER 7 |
| ************************************ | |
| ROBERT H. SLONE, TRUSTEE | DOCUMENT NO. |
| PLAINTIFF(S) | RE: DOCUMENT NO. |
| vs. | |
| JOSEPH CELLURALE, JR., MARK D. SANGSTON and MARTHA SANGSTON, | Hearing Date: |
| DEFENDANT(S) | |

## CERTIFICATION OF COUNSEL
## REGARDING CONSENT ORDER FOR MEDIATION

THE undersigned hereby certifies that an Agreement has been reached with Defendant's Counsel and the Mediator regarding the Consent Order for mediation filed on October 11, 2016 at Adversary No. 16-02088-GLT.

THE signature requirements of ECF Procedure #8 have been followed in obtaining the Agreement of all parties and are reflected in the Consent Order of Court.

THE undersigned further certifies that:

- A Consent Order was filed at Adversary No. 16-02088.  It is respectfully requested that the Order be entered by this Court.

NO other Order has been filed pertaining to the subject matter of this Agreement.

                                                        Respectfully submitted,

Dated: October 11, 2016

                                                        /S/   ROBERT H. SLONE
Robert H. Slone, Esquire
MAHADY & MAHADY
223 South Maple Avenue
Greensburg, PA 15601
Ph #(724) 834-2990
PA I.D. No. 19963
E-mail: robertslone223@gmail.com