IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | Case No.: 15-21253-GLT |
| ) | Chapter 7 |
| JOSEPH CELLURALE, JR., ) | |
| ) | |
| *Debtor,* ) | |
| ) | |
| _____) | |
| ROBERT H. SLONE, ) | |
| ) | Adv. No. 16-02088-GLT |
| ) | |
| ) | Doc. No.____ |
| Plaintiff, ) | Related to Doc. No. 24 |
| ) | |
| v. ) | |
| ) | |
| JOSEPH CELLURALE, JR. ) | |
| MARK D. SANGSTON, and ) | |
| MARTHA SANGSTON, ) | |
| ) | |
| Defendants ) | |

## MEDIATOR'S 9019-3 STATEMENT

I, Joel M. Helmrich, the Mediator appointed in this matter, have determined that there is no basis for disqualification under W.PA.LBR 9019-3(j) and I have no actual potential conflict of interest.

Dated: October 14, 2016

/s/ Joel M. Helmrich
Joel M. Helmrich, Esquire
Mediator
PA ID # 30733
joel.helmrich@dinsmore.com
2800 Oxford Centre
301 Grant Street
Pittsburgh, PA  15219
Telephone:   (412) 281-5000
Facsimile:    (412) 281-5055

10698847v1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | Case No.: 15-21253-GLT |
| ) | Chapter 7 |
| JOSEPH CELLURALE, JR., ) | |
| ) | |
| *Debtor,* ) | |
| ) | |
| _____ ) | |
| ROBERT H. SLONE, ) | |
| ) | Adv. No. 16-02088-GLT |
| ) | |
| ) | Doc. No._____ |
| Plaintiff, ) | Related to Doc. No. 24 |
| ) | |
| v. ) | |
| ) | |
| JOSEPH CELLURALE, JR. ) | |
| MARK D. SANGSTON, and ) | |
| MARTHA SANGSTON, ) | |
| ) | |
| Defendants ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on this 14 day of October, 2016, I electronically filed the attached Mediator's 9019-3 Statement ("Statement"). In addition, copies of the Statement were mailed by First Class Mail of the U.S. Postal Service, postage prepaid to the following:

Robert H. Slone, Esquire
Mahady & Mahady
223 South Maple Avenue
Greensburg, PA  15601
mailto:robertslone223@gmail.com

Corey J. Sacca, Esquire
Bononi & Company
20 North Pennsylvania Ave.
Greensburg, PA 15222
mailto:csacca@bononilaw.com

Heather A. Sprague on Behalf of the
United States Trustee by
Office of the United States Trustee
Liberty Center, Suite 970
1001 Liberty Avenue
Pittsburgh, PA 15222

Dated: October 14, 2016

DINSMORE & SHOHL LLP

/s/ Joel M. Helmrich
Joel M. Helmrich, Esquire
PA ID # 30733
joel.helmrich@dinsmore.com
One Oxford Centre, Suite 2800
Pittsburgh, PA  15219
Telephone:    (412) 281-5000
Facsimile:    (412) 281-50555

10698847v1