FILED
10/12/16 2:18 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | BANKRUPTCY NO. 15-21253-GLT |
| CELLURALE, JOSEPH, JR. | ) | |
| | ) | ADVERSARY NO. 16-02088-GLT |
| | ) | |
| DEBTOR(S) | ) | CHAPTER 7 |
| ********************************* | ) | |
| ROBERT H. SLONE, TRUSTEE | ) | DOCUMENT NO. |
| | ) | |
| PLAINTIFF(S) | ) | RE: DOCUMENT NO. |
| | ) | |
| vs. | ) | |
| | ) | |
| JOSEPH CELLURALE, JR., MARK D. | ) | Related to Docket No. 28 |
| SANGSTON and MARTHA SANGSTON, | ) | |
| | ) | |
| DEFENDANT(S) | ) | |

### CONSENT ORDER AMONG THE MEDIATOR AND PARTIES

AND NOW, to wit, this 12th day of October, 2016, the Court hereby approves this Consent Order among Joel Helmrich, being the Mediator selected by the parties (the "Mediator"), Robert H. Slone, the Chapter 7 Trustee (the "Trustee"), and Joseph Cellurale, Jr. (the "Defendant/Debtor").

1. By Order of Court dated September 29, 2016, the Parties to this action were directed to file a proposed Mediation Order under Certification of Counsel within 14 days.

2. The parties have requested the Mediator to serve and the Mediator has agreed to do so, subject to this Court's approval.

3. The Mediator intends to charge $400.00 per hour for his services as Mediator, which said fees are to be paid equally by the Plaintiff and Defendant.

4. The Mediator has prepared a 9019-3 Statement.

5. The Defendant is to pay his share of the Mediator's fee without further Order of Court, unless he has an objection to said fees, in which event he shall promptly file such objections with the Court. The Plaintiff is to pay his share of the Mediator's fee without further Order of Court, unless he has an objection to said fees, in which event he shall promptly file such objections with the Court.

6. The Mediator and the parties are working to schedule a Mediation session to be held in the latter part of October or November or the early part of December 2016.

7.  The parties will cooperate and communicate with the Mediator as requested and provide whatever pre-session reports, statements, and other data that may be requested by the Mediator.

8.  The parties and their Counsel shall be personally present for the session.

9.  Within five (5) business days after the session is concluded, the Mediator shall file all reports required under this Court's Local Rules, to include whether or not a settlement was reached.

BY THE COURT:

_____
GREGORY L. TADDONIO  drb
U.S. Bankruptcy Judge

**CONSENTED TO:**

/S/    JOEL M. HELMRICH
Joel M. Helmrich, Esquire
Mediator


/S/    ROBERT H. SLONE
Robert H. Slone, Esquire
Chapter 7 Trustee for the Estate of
   Joseph Cellurale, Jr.


/S/    COREY SACCA
Corey Sacca, Esquire
Counsel for Joseph Cellurale, Jr.

United States Bankruptcy Court
Western District of Pennsylvania

Slone,
    Plaintiff

Cellurale, Jr.,
    Defendant

Adv. Proc. No. 16-02088-GLT

# CERTIFICATE OF NOTICE

District/off: 0315-2    User: ddoy    Page 1 of 1    Date Rcvd: Oct 13, 2016
                 Form ID: pdf900    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 15, 2016.
pla            +Robert H. Slone,    223 South Maple Avenue,    Greensburg, PA 15601-3232

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust            +E-mail/Text: ustpregion03.pi.ecf@usdoj.gov Oct 14 2016 02:09:34      Office of the United States Trustee,    Liberty Center.,    1001 Liberty Avenue, Suite 970,    Pittsburgh, PA 15222-3721
                                                                                                                                                 TOTAL: 1

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 15, 2016                                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 13, 2016 at the address(es) listed below:
            Corey J. Sacca    on behalf of Defendant Joseph  Cellurale, Jr. csacca@bononilaw.com,
      coreysacca@gmail.com;bankruptcy@bononilaw.com;bononiecfmail@gmail.com
            Joshua I. Goldman    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
            Robert H. Slone    on behalf of Plaintiff Robert H. Slone robertslone223@gmail.com,
      rslone@pulsenet.com;G17689@notify.cincompass.com
            Robert H. Slone, Trustee    on behalf of Plaintiff Robert H. Slone robertslone223@gmail.com,
      rslone@pulsenet.com;pa07@ecfcbis.com
                                                                                                                                                   TOTAL: 4