**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | ) | Bankruptcy No. 15-21253-GLT |
| | ) | |
| JOSEPH CELLURALE, JR. | ) | Chapter 7 |
| | ) | |
| Debtor | ) | Document No. |
| _____ | ) | |
| Robert H. Slone, Trustee | ) | Adversary Proceeding No. 16-2088-GLT |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| JOSEPH CELLURALE, JR., | ) | |
| MARK D. SANGSTON, annd | ) | |
| MARTHA A. SANGSTON | ) | |
| | ) | |
| Defendants | ) | |

**JOINT PRETRIAL STATEMENT**

    AND NOW, comes the Trustee, Robert H. Slone, by and thorough his attorneys, Mahady and Mahady—Robert H. Slone, Esquire, and Joseph Cellurale, Jr., by and through his attorney, Corey Sacca, Esquire, regarding a Joint Pretrial Statement:

1. The parties have met and conferred regarding a Joint Pretrial Statement as per the Order of Court and Approving a Joint Discovery Plan and Setting Deadlines dated August 19, 2016.

2. The parties have reached a tentative settlement of the adversary. A Joint Settlement Motion will be filed shortly outlining the settlement.

                              Respectfully submitted,

| | |
|---|---|
| /s/ COREY J. SACCA | /s/ROBERT H. SLONE |
| Corey J. Sacca, Esquire | Robert H. Slone, Esquire |
| PA I.D. No. 306741 | PA I.D. No. 19963 |
| BONONI & COMPANY, P.C. | MAHADY & MAHADY |
| 20 N. Pennsylvania Avenue, Ste. 201 | 223 South Maple Avenue |
| Greensburg, PA 15601 | Greensburg, PA 15601 |
| (724) 832-2499 | (724) 834-2990 |
| csacca@bononilaw.com | robertslone223@gmail.com |

Dated: December 5, 2016