IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | Case No.: 15-21253-GLT |
| ) | Chapter 7 |
| JOSEPH CELLURALE, JR., ) | |
| ) | |
| *Debtor,* ) | |
| _____ ) | |
| ROBERT H. SLONE, ) | |
| ) | Adv. No. 16-02088-GLT |
| ) | |
| ) | Doc. No.____ |
| Plaintiff, ) | Related to Doc. No. 24 and 28 |
| ) | |
| v. ) | |
| ) | |
| JOSEPH CELLURALE, JR. ) | |
| MARK D. SANGSTON, and ) | |
| MARTHA SANGSTON, ) | |
| ) | |
| Defendants ) | |

## MEDIATOR'S CERTIFICATE OF COMPLETION OF MEDIATION CONFERENCE

1.  I hereby certify that pursuant to a Consent Order Among the Mediator and the Parties dated October 12, 2016 I was appointed the Mediator in this matter.[Doc. No. 30].

2.  The parties continued their discussions that occurred before my appointment and asked me to refrain from scheduling a Mediation Program Conference unless their talks failed to make progress.

3.  The parties negotiated a settlement without my intervention and have reached an Agreement that will be in January, 2017.

Dated: December 15, 2016

/s/ Joel M. Helmrich
Joel M. Helmrich, Esquire
Mediator
PA ID # 30733
joel.helmrich@dinsmore.com
2800 Oxford Centre
301 Grant Street
Pittsburgh, PA  15219
Telephone:   (412) 281-5000
Facsimile:   (412) 281-5055

10843952v1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | Case No.: 15-21253-GLT |
| ) | Chapter 7 |
| JOSEPH CELLURALE, JR., ) | |
| ) | |
| *Debtor*, ) | |
| _____) | |
| ROBERT H. SLONE, ) | |
| ) | Adv. No. 16-02088-GLT |
| ) | Doc. No._____ |
| Plaintiff, ) | Related to Doc. No. 24 and 28 |
| v. ) | |
| ) | |
| JOSEPH CELLURALE, JR. ) | |
| MARK D. SANGSTON, and ) | |
| MARTHA SANGSTON, ) | |
| ) | |
| Defendants ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of December, 2016, I electronically filed the attached Mediator's Certificate of Completion of Mediation Conference ("Certificate"). In addition, copies of the Statement were mailed by First Class Mail of the U.S. Postal Service, postage prepaid to the following:

Robert H. Slone, Esquire
Mahady & Mahady
223 South Maple Avenue
Greensburg, PA 15601
mailto:robertslone223@gmail.com

Corey J. Sacca, Esquire
Bononi & Company
20 North Pennsylvania Ave.
Greensburg, PA 15222
mailto:csacca@bononilaw.com

Heather A. Sprague on Behalf of the
United States Trustee by
Office of the United States Trustee
Liberty Center, Suite 970
1001 Liberty Avenue
Pittsburgh, PA 15222

DINSMORE & SHOHL LLP

Dated: December 15, 2016

/s/ Joel M. Helmrich
Joel M. Helmrich, Esquire
PA ID # 30733
joel.helmrich@dinsmore.com
One Oxford Centre, Suite 2800
Pittsburgh, PA 15219
Telephone:    (412) 281-5000
Facsimile:    (412) 281-50555

10843952v1