FILED
12/15/16 11:10 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No.: 15-21253-GLT |
| | : | Chapter: 7 |
| Joseph Cellurale, Jr., | : | |
| | : | |
| Debtor. | : | |
| | : | |
| Robert H. Slone, Trustee, | : | Adv. No.: 16-02088-GLT |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| Joseph Cellurale, Jr., Mark D. Sangston, and Martha Sangston, | : | |
| | : | Date: 12/15/2016 |
| Defendants. | : | Time: 10:00 |

## PROCEEDING MEMO

**MATTER:** #22 - Pre-trial Conference
[Trial set for 1/20/2017]
#33 - Pre-Trial Statement Filed

**APPEARANCES:**
Debtor: Correy J. Sacca
Trustee: Robert H. Slone

**NOTES:**

Slone - Parties have reached a tentative settlement. Draft has been circulated by Attorney Sacca.

Sacca - Believes a stipulation can be filed within 7 days.

**OUTCOME:**

1. Parties to file either a settlement motion or, if no settlement is reached, pre-trial documents, by January 6, 2017. The January 20, 2017 trial date shall remain on the Court's calendar. (Text Order to issue).

**DATED:** 12/15/2016