**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | ) | Bankruptcy No. 15-21253-GLT |
| | ) | |
| JOSEPH CELLURALE, JR. | ) | Chapter 7 |
| | ) | |
| Debtor | ) | Adversary Proceeding No. 16-2088-GLT |
| _____ | ) | |
| Robert H. Slone, Trustee | ) | RE: Document Nos. 42 & 43 |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| vs. | ) | Hearing Date: 10/12/17 @11:00 a.m. |
| | ) | Courtroom A—Pittsburgh |
| JOSEPH CELLURALE, JR., | ) | |
| MARK D. SANGSTON, annd | ) | |
| MARTHA A. SANGSTON | ) | |
| | ) | |
| Defendants | ) | |

**CERTIFICATE OF SERVICE OF MOTION TO REOPEN ADVERSARY AND ORDER OF COURT**

I certify under penalty of perjury that I served the above captioned pleading(s) on the parties at the address specified below and on the attached list on September 20, 2017 by the following:

Service by First-Class Mail:

| | | |
|---|---|---|
| Jospeh Cellurale, Jr. | Mark Sangston | Corey J. Sacca, Esquire |
| 408 Coolspring Street | 2052 University Drive | Bononi & Company |
| Apartment 111 | Lemont Furnace, PA 15456 | 20 N. Pennsylvania Ave., Ste 201 |
| Uniontown, PA 15401 | | Greensburg, PA 15601 |
| | | |
| U.S. Trustee's Office | Martha Sangston | |
| Liberty Center, Ste. 970 | 2052 University Drive | |
| 1001 Liberty Avenue | Lemont Furnace, PA 15456 | |
| Pittsburgh, PA 15222 | | |

EXECUTED ON: September 20, 2017     By:     /s/ ROBERT H. SLONE
                                    Robert H. Slone, Esquire
                                    MAHADY & MAHADY
                                    223 South Maple Avenue
                                    Greensburg, PA 15601
                                    (724) 834-2990
                                    PA I.D. No. 19963
                                    robertslone223@gmail.com