**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | ) | Bankruptcy No. 15-21253-GLT |
| | ) | |
| JOSEPH CELLURALE, JR. | ) | Chapter 7 |
| | ) | |
| Debtor | ) | Adversary Proceeding No. 16-2088-GLT |
| _____ | ) | |
| Robert H. Slone, Trustee | ) | RE: Document Nos. 41 & 44 |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| vs. | ) | Hearing Date: 10/12/17 @11:00 a.m. |
| | ) | Courtroom A—Pittsburgh |
| JOSEPH CELLURALE, JR., | ) | |
| MARK D. SANGSTON, annd | ) | |
| MARTHA A. SANGSTON | ) | |
| | ) | |
| Defendants | ) | |

**CERTIFICATE OF SERVICE OF AFFIDAVIT OF DEFAULT AND ORDER OF COURT**

I certify under penalty of perjury that I served the above captioned pleading(s) on the parties at the address specified below and on the attached list on September 20, 2017 by the following:

Service by First-Class Mail:

Jospeh Cellurale, Jr.
408 Coolspring Street
Apartment 111
Uniontown, PA 15401

Mark and Martha Sangston
2052 University Drive
Lemont Furnace, PA 15456

Corey J. Sacca, Esquire
Bononi & Company
20 N. Pennsylvania Ave., Ste 201
Greensburg, PA 15601

U.S. Trustee's Office
Liberty Center, Ste. 970
1001 Liberty Avenue
Pittsburgh, PA 15222

Martha Sangston
2052 University Drive
Lemont Furnace, PA 15456

EXECUTED ON: September 20, 2017     By:    /s/ ROBERT H. SLONE
Robert H. Slone, Esquire
MAHADY & MAHADY
223 South Maple Avenue
Greensburg, PA 15601
(724) 834-2990
PA I.D. No. 19963
robertslone223@gmail.com