**Form 401**

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

43 – 42
dbas

In re:  
Joseph Cellurale, Jr.    **Debtor(s)**

Bankruptcy Case No.: 15–21253–GLT  
Chapter: 7  
Adversary Proceeding No.: 16–02088–GLT

Robert H. Slone  
   **Plaintiff(s)**

**vs.**

Joseph Cellurale Jr.  
Mark D. Sangston, and  
Martha A Sangston  
   **Defendant(s)**

**CERTIFICATE OF SERVICE OF** _____

_____

_____  
**(Specify Document(s) Served)**

I certify under penalty of perjury that I served the above captioned pleading(s) on the parties at the address specified below or on the attached list on _____.  
                                    (Date)

The type(s) of service made on the parties (first class mail, electronic notification, hand delivery, or another type of service) was: _____ .

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example: the names and addresses of parties served by electronic notice will be listed under the heading "Service By Electronic Notification" and those served by mail will be listed under the heading "Service by First Class Mail."

**EXECUTED ON:**

                                    By:  _____  
                                             (Signature)

                                               _____  
                                               Typed Name

                                               _____  
                                               Address

                                               _____  
                                               Phone No.

                                               _____  
                                               List Bar I.D. and State of Admission

United States Bankruptcy Court
Western District of Pennsylvania

Slone,
    Plaintiff

Cellurale, Jr.,
    Defendant

Adv. Proc. No. 16-02088-GLT

## CERTIFICATE OF NOTICE

District/off: 0315-2    User: dbas    Page 1 of 1    Date Rcvd: Sep 19, 2017
    Form ID: 401    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 21, 2017.
pla    +Robert H. Slone,   223 South Maple Avenue,   Greensburg, PA 15601-3232

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.    TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 21, 2017    Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 19, 2017 at the address(es) listed below:
    Corey J. Sacca   on behalf of Defendant Joseph Cellurale, Jr. csacca@bononilaw.com,
    coreysacca@gmail.com;bankruptcy@bononilaw.com;bononiecfmail@gmail.com;r39887@notify.bestcase.com
    James Warmbrodt   on behalf of Creditor   BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
    Joel M. Helmrich   on behalf of Mediator Joel M. Helmrich joel.helmrich@dinsmore.com,
    diane.brink@dinsmore.com;gabriela.rodriguez@dinsmore.com
    Joshua I. Goldman   on behalf of Creditor   BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
    Robert H. Slone   on behalf of Plaintiff Robert H. Slone robertslone223@gmail.com,
    rslone@pulsenet.com;G17689@notify.cincompass.com
    Robert H. Slone, Trustee   on behalf of Plaintiff Robert H. Slone robertslone223@gmail.com,
    rslone@pulsenet.com;pa07@ecfcbis.com
    TOTAL: 6