Form 605

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | |
|---|---|
| **Joseph Cellurale, Jr.** | Case No. 15−21253−GLT |
| *Debtor(s)* | Chapter: 7 |
| Robert H. Slone, Trustee | |
| *Plaintiff(s),* | |
| | Adversary No. 16−02088−GLT |
| v. | Related to Document No. 41 |
| Joseph Cellurale, Jr., | |
| Mark D. Sangston, and | Hearing Date: 10/12/17 at 11:00 AM |
| Martha A. Sangston | |
| *Defendant(s).* | |

**ORDER SCHEDULING DATES FOR RESPONSE
AND HEARING ON MOTION**

*AND NOW,* this ***19th day of September, 2017***, a ***Affidavit of Default*** having been filed by the Chapter 7 Trustee, Robert H. Slone at Doc. No. 41,

It is hereby **ORDERED, ADJUDGED and DECREED** that:

(1)  Pursuant to *Bankruptcy Rule 7004*, Counsel for the Moving Party shall ***IMMEDIATELY*** serve a copy of this *Order* and the *Motion* upon all parties from whom relief is sought, their counsel, the U.S. Trustee and all those identified on the Certificate attached to the *Motion*. Counsel for the Moving Party shall then file a ***Certificate of Service***. ***Failure to properly serve the Motion or file the Certificate may result in the dismissal of the Motion.***

(2)  ***On or before October 3, 2017,*** any ***Response***, including a consent to the *Motion*, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, 5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 and served on the counsel for the Moving Party.

(3)  This *Motion* is scheduled for hearing on ***October 12, 2017*** at ***11:00 AM*** in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 at which time the parties and/or their counsel shall appear and the Court will dispose of the *Motion*.

(4)  If, after proper service, a Responding Party fails to timely file a *Response*, the Court ***may*** determine that no hearing is required and accordingly enter an order by default. ***To determine if a default order has been entered, the Moving Party is directed to the Court's web site at www.pawb.uscourts.gov, one day prior to the hearing. To view the calendar for Judge Gregory L. Taddonio, refer to the calendar section.*** In the event a default order has been signed, the Moving Party shall ***IMMEDIATELY*** advise all affected parties. If a default order has not been entered, the parties will be ***required*** to appear at the hearing.

(5)  A maximum of ten (10) minutes has been allotted to hear this matter. Should this matter require more than ten (10) minutes, the parties are required to so notify the Courtroom Deputy ***IMMEDIATELY***. The Court may authorize counsel of record to participate in the hearing by telephone provided arrangements are made with the Courtroom Deputy by telephone at least three (3) days prior to the hearing.

Gregory L. Taddonio, Judge
United States Bankruptcy Court

cm: Robert H. Slone, Trustee

United States Bankruptcy Court
Western District of Pennsylvania

Slone,
    Plaintiff

Cellurale, Jr.,
    Defendant

Adv. Proc. No. 16-02088-GLT

## CERTIFICATE OF NOTICE

District/off: 0315-2      User: dbas      Page 1 of 1      Date Rcvd: Sep 19, 2017
                 Form ID: 605      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 21, 2017.
pla      +Robert H. Slone,    223 South Maple Avenue,    Greensburg, PA 15601-3232

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.      TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 21, 2017      Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 19, 2017 at the address(es) listed below:
       Corey J. Sacca    on behalf of Defendant Joseph Cellurale, Jr. csacca@bononilaw.com, coreysacca@gmail.com;bankruptcy@bononilaw.com;bononiecfmail@gmail.com;r39887@notify.bestcase.com
       James Warmbrodt    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
       Joel M. Helmrich    on behalf of Mediator Joel M. Helmrich joel.helmrich@dinsmore.com, diane.brink@dinsmore.com;gabriela.rodriguez@dinsmore.com
       Joshua I. Goldman    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
       Robert H. Slone    on behalf of Plaintiff Robert H. Slone robertslone223@gmail.com, rslone@pulsenet.com;G17689@notify.cincompass.com
       Robert H. Slone, Trustee    on behalf of Plaintiff Robert H. Slone robertslone223@gmail.com, rslone@pulsenet.com;pa07@ecfcbis.com
     TOTAL: 6