**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | ) | Bankruptcy No. 15-21253-GLT |
| | ) | |
| JOSEPH CELLURALE, JR. | ) | Chapter 7 |
| | ) | |
| Debtor | ) | RE: Document No. 41 |
| _____ | ) | |
| Robert H. Slone, Trustee | ) | Adversary Proceeding No. 16-2088-GLT |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| vs. | ) | Hearing date: 10/12/17 @ 11:00 am |
| | ) | |
| JOSEPH CELLURALE, JR., | ) | |
| MARK D. SANGSTON, annd | ) | |
| MARTHA A. SANGSTON | ) | |
| | ) | |
| Defendants | ) | |

**CERTIFICATION OF NO OBJECTION REGARDING**
**AFFIDAVIT OF DEFAULT**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the ***Affidavit of Default*** *has* been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the ***Affidavit of Default*** appears thereon. Pursuant to the Notice of Hearing, objections to the ***Affidavit of Default*** were to be filed and served no later than October 3, 2017.

It is hereby respectfully requested that the Order attached to the ***Affidavit of Default*** *be* entered by the Court.

Dated:  October 4, 2017                      By: /s/ ROBERT H. SLONE
                                            Robert H. Slone, Esquire
                                            MAHADY & MAHADY
                                            223 South Maple Avenue
                                            Greensburg, PA 15601
                                            (724) 834-2990
                                            PA I.D. No. 19963
                                            robertslone223@gmail.com