**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | ) | Bankruptcy No. 15-21253-GLT |
| | ) | |
| JOSEPH CELLURALE, JR. | ) | Chapter 7 |
| | ) | |
| Debtor | ) | RE: Document No. 43 |
| _____ | ) | |
| Robert H. Slone, Trustee | ) | Adversary Proceeding No. 16-2088-GLT |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| vs. | ) | Hearing date: 10/12/17 @ 11:00 am |
| | ) | |
| JOSEPH CELLURALE, JR., | ) | |
| MARK D. SANGSTON, annd | ) | |
| MARTHA A. SANGSTON | ) | |
| | ) | |
| Defendants | ) | |

**CERTIFICATION OF NO OBJECTION REGARDING**
**MOTION TO REOPEN CASE**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the ***Motion to Reopen Case has*** been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the ***Motion to Reopen Case*** appears thereon. Pursuant to the Notice of Hearing, objections to the ***Motion to Reopen Case*** were to be filed and served no later than October 3, 2017.

It is hereby respectfully requested that the Order attached to the ***Motion to Reopen Case*** be entered by the Court.

Dated: October 4, 2017

By: /s/ ROBERT H. SLONE
Robert H. Slone, Esquire
MAHADY & MAHADY
223 South Maple Avenue
Greensburg, PA 15601
(724) 834-2990
PA I.D. No. 19963
robertslone223@gmail.com