FILED
10/5/17 10:09 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Bankruptcy No. 15-21253-GLT |
| | ) | |
| JOSEPH CELLURALE, JR. | ) | Chapter 7 |
| | ) | |
| Debtor | ) | Document No. |
| | ) | |
| Robert H. Slone, Trustee | ) | Adversary Proceeding No. 16-2088-GLT |
| | ) | |
| Plaintiff | ) | |
| | ) | Related to Docket No. 42 |
| vs. | ) | |
| | ) | |
| JOSEPH CELLURALE, JR., | ) | |
| MARK D. SANGSTON, annd | ) | |
| MARTHA A. SANGSTON | ) | |
| | ) | |
| Defendants | ) | |

## ORDER OF COURT

AND NOW, to wit, this 5th Day of October, 2017, it is hereby ORDERED, ADJUDGED and DECREED that the Adversary at No. 16-2088-GLT is reopened and that the Affidavit of Default and Proposed Order filed with the Affidavit of Default shall be entered.

BY THE COURT:

_____
Hon. Gregory L. Taddonio   drb
U.S. Bankruptcy Judge

1

United States Bankruptcy Court
Western District of Pennsylvania

Slone,
    Plaintiff      Adv. Proc. No. 16-02088-GLT

Cellurale, Jr.,
    Defendant

# CERTIFICATE OF NOTICE

District/off: 0315-2    User: ddoy    Page 1 of 1    Date Rcvd: Oct 05, 2017
                    Form ID: pdf900    Total Noticed: 8

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 07, 2017.
```
md            +Joel M. Helmrich,   Dinsmore & Shohl,   One Oxford Centre, Suite 2800,
               Pittsburgh, PA 15219-1400
dft           +Joseph Cellurale, Jr.,   480 Coolspring St.,   Apt. 111,   Uniontown, PA 15401-4582
dft           +Mark D. Sangston,   2052 University Drive,   Lemont Furnace, PA 15456-1028
dft           +Martha Sangston,   2052 University Drive,   Lemont Furnace, PA 15456-1028
pla           +Robert H. Slone,   223 South Maple Avenue,   Greensburg, PA 15601-3232
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
ust            +E-mail/Text: ustpregion03.pi.ecf@usdoj.gov Oct 06 2017 01:23:15
               Office of the United States Trustee,   Liberty Center.,   1001 Liberty Avenue, Suite 970,
               Pittsburgh, PA 15222-3721
ust            +E-mail/Text: USTPRegion03.HA.ECF@USDOJ.GOV Oct 06 2017 01:23:15      United States Trustee,
               228 Walnut Street, Suite 1190,   Harrisburg, PA 17101-1722
ust            +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Oct 06 2017 01:23:15      United States Trustee,
               Office of the U.S. Trustee,   833 Chestnut Street,   Suite 500,   Philadelphia, PA 19107-4405
                                                                                              TOTAL: 3
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              BANK OF AMERICA, N.A.
                                                                                   TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 07, 2017                                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 5, 2017 at the address(es) listed below:
```
          Corey J. Sacca    on behalf of Defendant Joseph  Cellurale, Jr. csacca@bononilaw.com,
           coreysacca@gmail.com;bankruptcy@bononilaw.com;bononiecfmail@gmail.com;r39887@notify.bestcase.com
          James  Warmbrodt    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
          Joel M. Helmrich    on behalf of Mediator Joel M. Helmrich joel.helmrich@dinsmore.com,
           diane.brink@dinsmore.com;gabriela.rodriguez@dinsmore.com
          Joshua I. Goldman    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
          Robert H. Slone    on behalf of Plaintiff Robert H. Slone robertslone223@gmail.com,
           rslone@pulsenet.com;G17689@notify.cincompass.com
          Robert H. Slone, Trustee    on behalf of Plaintiff Robert H. Slone robertslone223@gmail.com,
           rslone@pulsenet.com;pa07@ecfcbis.com
                                                                                             TOTAL: 6
```