Case 16-02088-GLT    Doc 56    Filed 10/07/17    Entered 10/08/17 00:49:21    Desc Imaged
Certificate of Notice    Page 1 of 3

FILED
10/5/17 10:10 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | ) | Bankruptcy No. 15-21253-GLT |
| | ) | |
| JOSEPH CELLURALE, JR. | ) | Chapter 7 |
| | ) | |
| Debtor | ) | Document No. |
| _____ | ) | |
| Robert H. Slone, Trustee | ) | Adversary Proceeding No. 16-2088-GLT |
| | ) | |
| Plaintiff | ) | Related to Docket No. 41 |
| | ) | |
| vs. | ) | |
| | ) | |
| JOSEPH CELLURALE, JR., | ) | |
| MARK D. SANGSTON, annd | ) | |
| MARTHA A. SANGSTON | ) | |
| | ) | |
| Defendants | ) | |

**ORDER OF COURT**

AND NOW, to wit, this 5th Day of October, 2017, it is hereby ORDERED, ADJUDGED and DECREED as follows:

This Order of Court incorporates the Order of Court dated July 20, 2016 (7/20/2016) attached hereto and made a part hereof as **Exhibit "A"**, and the Order of Court dated January 12, 2017 (1/12/2017) attached hereto and made a part hereof as **Exhibit "B"**.

1. The Debtor has defaulted under the terms and conditions of the Stipulation and Order of Court dated 1/12/2017, being Exhibit "B", as (a) he has not provided the $35,000.00 in certified funds to the Trustee within 30 days of the acceptance of the Settlement, and (b) has not paid the quarterly payments of $5,833.33 for March 2017 and June 2017.

2. Attached hereto as Exhibit "C" is a true and correct copy of the Deed evidencing the transfer of Property #1 (13.48 acres in Dunbar Township, Fayette County, Pennsylvania) to Mark D. Sangston and Martha Sangston on March 17, 2014 for the sum of $1.00.

3. Attached hereto as Exhibit "D" is a true and correct copy of the Deed evidencing the transfer of Property #2 (61.99 acres in Dunbar Township, Fayette County, Pennsylvania) to Mark D. Sangston and Martha Sangston on March 17, 2014 for the sum of $1.00.

4. As per the Orders of Court attached hereto as Exhibits "A" and "B", both transfers of Properly #1 and Property #2 as described in Exhibits "C" and "D" are voided completely; and it is directed that both parcels of property are to be administered as assets of this bankruptcy estate and sold by the Trustee for the benefit of the estate and its creditors.

5. The Debtor shall take no exemptions in the two parcels of real estate as listed herein as Exhibits "C" and "D".

6. Under the terms and conditions of the Order of Court of 1/12/2017, the Trustee is entitled to recover $20,000.00 as liquidated damages from the Debtor, Joseph Cellurale, Jr.

BY THE COURT:

Prepared by: Robert H. Slone, Trustee

**DEFAULT ENTRY**

Dated: October 5, 2017

Gregory J. Taddonio    **drb**
United States Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

Slone,
    Plaintiff      Adv. Proc. No. 16-02088-GLT

Cellurale, Jr.,
    Defendant

## CERTIFICATE OF NOTICE

District/off: 0315-2      User: ddoy      Page 1 of 1      Date Rcvd: Oct 05, 2017
                  Form ID: pdf900     Total Noticed: 8

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 07, 2017.
```
md           +Joel M. Helmrich,    Dinsmore & Shohl,    One Oxford Centre, Suite 2800,
               Pittsburgh, PA 15219-1400
dft          +Joseph Cellurale, Jr.,    480 Coolspring St.,    Apt. 111,    Uniontown, PA 15401-4582
dft          +Mark D. Sangston,    2052 University Drive,    Lemont Furnace, PA 15456-1028
dft          +Martha Sangston,    2052 University Drive,    Lemont Furnace, PA 15456-1028
pla          +Robert H. Slone,    223 South Maple Avenue,    Greensburg, PA 15601-3232
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
ust          +E-mail/Text: ustpregion03.pi.ecf@usdoj.gov Oct 06 2017 01:23:15
               Office of the United States Trustee,    Liberty Center.,    1001 Liberty Avenue, Suite 970,
               Pittsburgh, PA 15222-3721
ust          +E-mail/Text: USTPRegion03.HA.ECF@USDOJ.GOV Oct 06 2017 01:23:15       United States Trustee,
               228 Walnut Street, Suite 1190,    Harrisburg, PA 17101-1722
ust          +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Oct 06 2017 01:23:15       United States Trustee,
               Office of the U.S. Trustee,    833 Chestnut Street,    Suite 500,    Philadelphia, PA 19107-4405
                                                                                               TOTAL: 3
```

         ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
cr            BANK OF AMERICA, N.A.
                                                                                               TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 07, 2017                                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 5, 2017 at the address(es) listed below:
```
              Corey J. Sacca    on behalf of Defendant Joseph  Cellurale, Jr. csacca@bononilaw.com,
               coreysacca@gmail.com;bankruptcy@bononilaw.com;bononiecfmail@gmail.com;r39887@notify.bestcase.com
              James  Warmbrodt    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
              Joel M. Helmrich    on behalf of Mediator Joel M. Helmrich joel.helmrich@dinsmore.com,
               diane.brink@dinsmore.com;gabriela.rodriguez@dinsmore.com
              Joshua I. Goldman    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
              Robert H. Slone    on behalf of Plaintiff Robert H. Slone robertslone223@gmail.com,
               rslone@pulsenet.com;G17689@notify.cincompass.com
              Robert H. Slone, Trustee    on behalf of Plaintiff Robert H. Slone robertslone223@gmail.com,
               rslone@pulsenet.com;pa07@ecfcbis.com
                                                                                               TOTAL: 6
```